UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD JOHN KING, ) | CASE NO. C07-1562-BHS-MAT |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | RESPONDENT'S MOTION FOR |
| MAGGIE MILLER-STOUT, ) | EXTENSION OF TIME |
| ) | |
| Respondent. ) | |
| ) | |

The Court, having considered respondent's motion for an extension of time to file her answer, and the balance of the record, does hereby find and ORDER:

(1) Respondent's unopposed motion for an extension of time to file her answer to petitioner's federal habeas petition (Dkt. No. 11) is GRANTED. Respondent is directed to file and serve her answer not later than *January 17, 2008*.

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Benjamin H. Settle.

DATED this 4th day of January, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE -1