01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD JOHN KING,           )   CASE NO. C07-1562-BHS
                             )
        Petitioner,          )
                             )
    v.                       )   ORDER DENYING FEDERAL
                             )   HABEAS PETITION
MAGGIE MILLER-STOUT,         )
                             )
        Respondent.          )
_____)

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, petitioner's failure to file an objection, and the balance of the record, does hereby find and order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's federal habeas petition (Dkt. No. 4) is DENIED and this action is DISMISSED with prejudice; and

ORDER DENYING FEDERAL HABEAS PETITION
PAGE -1

(3)  The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 25th day of April, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER DENYING FEDERAL HABEAS PETITION
PAGE -2