# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD J. KING,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C07-1562-BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Report and Recommendation is adopted and approved. Petitioner's federal habeas petition is denied and this action is dismissed with prejudice.

Dated this 25th day of April, 2008.

    BRUCE RIFKIN
    Clerk

    *s/CM Gonzalez*
    Deputy Clerk